AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

FILED ___ ___ ENTERED
LOGGED ___ ___ RECEIVED

SEP 2 5 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>AMIR P. WILSON<br><br>_____<br>Defendant(s) | )<br>)<br>)<br>)    Case No. 25-mj-02435    BY   Db<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 24 _____ in the county of _____ Ann Arundel _____ in the

_____ District of _____ Maryland _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a) | Assault, resisting, opposing, impeding, intimidating, or interfeing with a Federal Law Enforcement Officer engaged in the performance of their official duties |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Ian Montijo, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 09/25/2025 _____

_____
Judge's signature

City and state: _____ Baltimore, Maryland _____

Chelsea J. Crawford
Printed name and title